IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Sarah Vogel, individually and for all those similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE ADMISSION** **PRO HAC VICE** |
| vs. | ) ) | |
| WPX Energy Williston, LLC, a Delaware corporation, | ) ) ) | |
| | ) | Case No. 4:13-cv-133 |
| Defendants. | ) | |

Before the court are the Defendant's Motions for attorneys J. Kevin Hayes and Pamela S. Anderson to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys J. Kevin Hayes and Pamela S. Anderson have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 7-8) are **GRANTED**. Attorneys J. Kevin Hayes and Pamela S. Anderson are admitted to practice before this court in the above-entitled action on behalf of the Defendant.

**IT IS SO ORDERED.**

Dated this 18th day of December, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge